## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STEPHANIE CLARK**                                                    **PLAINTIFF**

v.                                    **No. 3:25-cv-78-DPM**

**TRUMANN SCHOOL DISTRICT**                              **DEFENDANT**

## JUDGMENT

Clark's complaint is dismissed with prejudice.   The Court retains jurisdiction until 15 September 2026 to enforce the parties' settlement.

_____

D.P. Marshall Jr.
United States District Judge

_15 July 2026_